UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:23-cv-09930-SVW-PD | Date | February 12, 2024 |
|---|---|---|---|
| Title | Pamela Warner Prax v. The Coding Network, LLC et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Paul M. Cruz | Suzanne McKennon | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Theodore S Khachaturian | Aaron H Cole |
| | Daniel N. Rojas |

**Proceedings:** MOTION to Remand Case to Los Angeles Superior Court filed by Plaintiff [10]

Hearing held. The motion is DENIED.

The Court sets the following schedule:

Filing of Motion to Compel Arbitration . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . February 26, 2024
Opposition . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 4, 2024
Reply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 11, 2024
Hearing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . March 18, 2024 at 1:30 p.m.

: 10

Initials of Preparer  PMC